United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: COMPLAINT AND PETITION OF KARA BAILEY AS OWNER OF A CERTAIN 2011 GODFREY HURRICANE 2000 SD FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § | CIVIL ACTION NO. 4:25-CV-15 |

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

On September 17, 2025, Claimants' motion for summary judgment (Dkt. 27) was referred to United States Magistrate Judge Richard W. Bennett under 28 U.S.C. § 636(b)(1)(B). (Dkt. 30). Judge Bennett filed a Memorandum and Recommendation on January 22, 2026, recommending that Claimants' motion for summary judgment be **GRANTED**. (Dkt. 32).

No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bennett's Memorandum and Recommendation (Dkt. 32) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)  Claimants' motion for summary judgment (Dkt. 27) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED and ENTERED this  13th day of February 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE